# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,   )<br>                                               )<br>                    Plaintiff,       )<br>                                               )<br>         vs.                            )<br>                                               )<br>BRYAN STONE,                   )<br>                                               )<br>                    Defendant.   ) | CR05-5692<br><br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Oral Argument is hereby scheduled on defendant's Motion to Suppress Evidence (dkt #6) on Wednesday, March 8, 2006 at 2:00pm, at the Union Station Courthouse, Tacoma, Washington.

The Motion to Continue Oral Argument (dkt #9) is stricken as moot. The motion to Suppress Evidence is hereby re-noted to March 8, 2006.

Dated this 20th day of January , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**